IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHIPOIL LIMITED, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. |
| | : | |
| M/V MARIT SELMER, IMO No. 9609706, her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, | : : : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF SHIPOIL LIMITED'S**
**CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Plaintiff, Shipoil Limited pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, Shipoil Limited, certifies that there are no corporate parents, and that there are no subsidiaries, affiliates or other party which are publicly held which own 10% or more of its stock.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

OF COUNSEL:

CHALOS & CO, P.C.
George M. Chalos (GC-8693)
Briton P. Sparkman (BS-5220)
55 Hamilton Avenue
Oyster Bay, NY 11771
gmc@chaloslaw.com
bsparkman@chaloslaw.com

*/s/ Denise Seastone Kraft*
Denise Seastone Kraft (# 2778)
300 Delaware Ave., Suite 200
Wilmington DE, 19801
302-472-7306
dkraft@hegh.law

Dated: November 28, 2023

1